**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONA COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION, a corporation,, <br><br> Plaintiff, <br><br> v. <br><br> RANCHO RINCADO, LLC, a limited liability company a/t/a SOUTHERN CALIFORNIA CITRUS; THOMAS C. HAYS, an individual, <br><br> Defendants. | Case No. EDCV 11-01786VAP(SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Corona College Heights Orange & Lemon Association ("Plaintiff"), against Defendants Rancho Rincado, LLC, also trading as Southern California Citrus, and Thomas C. Hays (collectively, "Defendants"). The Court orders that such judgment be entered.

    Pursuant to this Judgment, Defendants are ordered to pay Plaintiff: 1) damages in the principal amount of $17,001.90 (the "Principal Amount"); 2) pre-judgment interest on the Principal Amount through and including November 6, 2012, in the amount of $4,584.01; 3) pre-judgment interest on the Principal Amount from November 6, 2012 to the day of judgment at the rate of $8.38 per day; 4) post-judgment interest on the Principal Amount at the rate of 18% per annum; 5) costs in the amount of $1,1365.59; and 6) attorneys' fees in the amount of $2,220.11.  Defendants are subject to joint and several liability.

Dated: December 5, 2012 _____
                                    VIRGINIA A. PHILLIPS
                                United States District Judge