**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORONA COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION, a corporation,, | ) ) ) ) | Case No. EDCV 11-01786VAP(SPx) |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| RANCHO RINCADO, LLC, a limited liability company a/t/a SOUTHERN CALIFORNIA CITRUS; THOMAS C. HAYS, an individual, | ) ) ) | |
| Defendants. | | |
| _____ | | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Corona College Heights Orange & Lemon Association ("Plaintiff"), against Defendants Rancho Rincado, LLC, also trading as Southern California Citrus, and Thomas C. Hays (collectively, "Defendants").  The Court orders that such judgment be entered.

1

2       Pursuant to this Judgment, Defendants are ordered to
3  pay Plaintiff: 1) damages in the principal amount of
4  $17,001.90 (the "Principal Amount"); 2) pre-judgment
5  interest on the Principal Amount through and including
6  November 6, 2012, in the amount of $4,584.01; 3) pre-
7  judgment interest on the Principal Amount from November
8  6, 2012 to the day of judgment at the rate of $8.38 per
9  day; 4) post-judgment interest on the Principal Amount at
10 the rate of 18% per annum; 5) costs in the amount of
11 $1,1365.59; and 6) attorneys' fees in the amount of
12 $2,220.11.  Defendants are subject to joint and several
13 liability.

14

15

16 Dated: December 5, 2012_____

17                              VIRGINIA A. PHILLIPS
                             United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2